UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TROY WILLIAMS<br>**Plaintiff** | ) <br> ) CIVIL ACTION<br> ) <br> ) <br>v. ) <br> ) <br> ) <br>SOLOMON & SOLOMON, P.C. ) <br>**Defendant** ) <br> ) APRIL 26, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant law firm that specializes in collecting consumer debt. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, Troy Williams, is a natural person residing in South Windsor, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Solomon & Solomon, P.C. ("Solomon"), is a professional corporation located in New York that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Solomon, because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. Plaintiff had held an account with Citibank, N.A. and accrued a debt ("the Debt").

8. Plaintiff subsequently retained an attorney for the purposes of filing for bankruptcy, and the Debt was to be included in the bankruptcy filing.

9. In November 2009, Plaintiff received a collection letter from Solomon regarding the Debt, and Plaintiff called Solomon in response to that letter and left a message containing the name, address, and phone number of his bankruptcy attorney.

10. In the beginning of February 2010, Solomon called Plaintiff at work regarding the Debt; Plaintiff took that call, and during that conversation, Plaintiff again provided Solomon with name, address, and phone number of his bankruptcy attorney.

11. On or around February 12, 2010, Plaintiff received at his residence letter from Solomon related to the Debt and the aforementioned debt collection activities.

## V. CLAIMS FOR RELIEF
## CAUSE OF ACTION
**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.**

12. Plaintiff incorporates Paragraphs 1-11.

13. Solomon violated the FDCPA by continuing to contact Plaintiff notwithstanding Plaintiff had provided it with his attorney's full contact information.

14. For Solomon's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover his actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF, TROY WILLIAMS

By: _____

Daniel S. Blinn, Fed Bar No. ct02188
Matthew Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457