UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **TROY WILLIAMS** | ) | 3:10-cv-00663(CSH) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SOLOMON & SOLOMON, P.C.** | ) | |
| Defendant | ) | JUNE 8, 2010 |
| | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Troy Williams, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed, and without costs or attorney's fees.

Plaintiff, Troy Williams

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 8th day of June, 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn